# IN THE SUPREME COURT OF PENNSYLVANIA
# EASTERN DISTRICT

| | | |
|---|---|---|
| HAROLD PENNINGTON AND NANCY PENNINGTON | : | No. 60 EAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| UNITED STATES STEEL CORPORATION, CRC INDUSTRIES, INC., SUNOCO, INC. (R&M) F/K/A SUN COMPANY INC., GENUINE PARTS COMPANY D/B/A NAPA, BERRYMAN PRODUCTS, INC., SAFETY-KLEEN SYSTEMS, INC., SHELL OIL COMPANY, UNIVAR USA, INC., F/K/A CHEMCENTRAL CORP., AND VAN WATERS RODGERS, INC., ASHLAND, INC., EXXON MOBIL CORPORATION, RADIATOR SPECIALTY COMPANY, HUNT OIL COMPANY, HUNT REFINING COMPANY, CHEVRON USA, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO GULF OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA D/B/A UNOCAL, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO AMERICAN MINERAL SPIRITS COMPANY, FORD MOTOR COMPANY, 3M COMPANY | : : : : : : : : : : : : : : : : : : : : : | |
| | : | |
| | : | |
| PETITION OF: HUNT OIL COMPANY | : | |

# ORDER

**AND NOW**, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

It is further ordered that the Application for Stay is **DENIED.**

.